Joseph B. Lane, Jr., both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

■

Antoine PICOU, Appellant, v. UNITED STATES of America, Appellee.

No. 6971.

Circuit Court of Appeals, Fifth Circuit.

Feb. 24, 1934.

Arthur A. de la Houssaye, of New Orleans, La., for appellant.

Rene A. Viosca, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.
This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78 L. Ed. ——, opinion filed February 5, 1934, the judgment is reversed and annulled.

■

Louis REINACH, Appellant, v. UNITED STATES of America, Appellee.

No. 7016.

Circuit Court of Appeals, Fifth Circuit.

March 8, 1934.

Rene A. Viosca, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.
This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78 L. Ed. ——, opinion filed February 5, 1934, the judgment is reversed and annulled.

■

In the Matter of Charles M. RIEDELL, Bankrupt. Charles M. Riedell, Appellant, Joseph L. Lash, Objecting Creditor-Appellee.

No. 269.

Circuit Court of Appeals, Second Circuit.

Feb. 13, 1934.

Louis H. Strouse, of New York City (Nathan April, of New York City, of counsel), for appellant.

Charles J. Katzenstein, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Order affirmed.

■

F. M. ROBERTSON, Trustee In Bankruptcy of BLUFF CITY ENGRAVING CO., v. F. W. CRAWFORD.

No. 6393.

Circuit Court of Appeals, Sixth Circuit.

Feb. 7, 1934.

Eugene Lerner, of Memphis, Tenn., for appellant.